STATE of Vermont v. Wade WILLIS, No. 82-109

March 9, 1982. 1. Since it appears on its face that the matters embraced within the motion for permission to appeal under V.R.A.P. 5(b)(1) are for discretionary disposition by the trial court, *State v. Reuschel*, 131 Vt. 554, 560–62, 312 A.2d 739, 743 (1973), rather than presenting controlling questions of law, *Powers v. State Highway Board*, 123 Vt. 1, 5–6, 178 A.2d 390, 393 (1962), the motion is denied.

2. In view of our ruling under paragraph 1 (above), the motion for a stay of jury selection and jury trial under V.R.A.P. 8(a) is denied.

STATE of Vermont v. Robert JOYCE, Sr., No. 365-81

March 17, 1982. 1. The order of the Vermont District Court, Caledonia Circuit, entered July 22, 1981, denying the appellant's motion for reconsideration of sentence, is vacated;

2. The case is remanded to the District Court for a hearing at which the appellant will be afforded the opportunity to present evidence and arguments in support of his motion for reconsideration of sentence.

LAMOILLE FAMILY CENTER v. TOWN OF MORRISTOWN, No. 494-81

March 17, 1982. Because this matter on remand was decided by the Lamoille Superior Court, and there has been no timely appeal from that decision, the original appeal is dismissed.

Peter K. RANNEY v. Alasdair T. MUNRO, No. 51-81

March 25, 1982. Summary judgment affirmed. This Court, in *Ranney v. Munro*, 138 Vt. 523, 418 A.2d 862 (1980), affirmed the previous order of the trial court dated November 26, 1980, which granted defendant's V.R.C.P. 12(b)(6) motion to dismiss the plaintiff's complaint for failure to state a claim. Accordingly, the doctrine of res adjudicata bars this action. V.R.C.P. 41(b)(3); *Cody v. Estate of Cody*, 134 Vt. 113, 114, 352 A.2d 684, 685 (1976).